# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

VENTURE CONSTRUCTION GROUP
OF FLORIDA,

    Plaintiff,

v.                                                    Case No. 6:20-cv-1945-WWB-LHP

WESTCHESTER SURPLUS LINES
INSURANCE COMPANY,

    Defendant.

## ORDER

    The Court has been advised by the Clerk's Minutes Settlement Conference that the above-styled action has been completely settled. (Doc. 61 at 1).

    Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this file.

    **DONE AND ORDERED** at Orlando, Florida on April 21, 2022.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record